FILED
OCT 25 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

October 3, 2007

Timothy Demitri Brown

10979-035 Unit F-1

United States Penitentiary

P.O. Box 24550

Tucson, AZ 85734


United States District Court

District of Columbia

| | |
|---|---|
| Timothy Demitri Brown | Civil No._____ |
| vs | 5 USC 552 |
| Federal Bureau of Investigations | Freedom of |
| Department of Justice | Information Act |
| United States Attorney's Office | |
| United States Attorney General's Office | Case: 1:07-cv-01931<br>Assigned To : Roberts, Richard W.<br>Assign. Date : 10/25/2007<br>Description: FOIA/Privacy Act |
| Bureau of Prisons | |
| _____/ | |

COMPLAINT

Complainant, Timothy Demitri Brown, now comes before this court and complains that he has been unlawfully denied access to information, documents and/or otherwise entitled to him under the Freedom of Information Act. This unlawful denial of this information, documents and/or otherwise is causing complainant the harm of being unlawfully incarcerated.

JURISDICTION

This Court has jurisdiction under the Freedom of Information Act, 5 USC § 552 et. al., Federal Question

RECEIVED
OCT 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Jurisdiction, 28 USC § 1331. Defendants are agents/agencies of the United States.

## CAUSE OF ACTION

Defendants have and continue to willfully and knowingly deny complainant access to information contain in their respective organizations files and/or in related organizations files which the complainant has statutory right to under the Freedom of Information Act, whereas this information shows conclusively that complainant is innocent of the charges for which he is currently incarcerated.

## FACTS

Complainant has requested any and all information, documents and/or otherwise related, referring and/or otherwise him that agencies have in their files. Specifically complainant seeks: (1)tapes, audio and video, of the FBI'S informant (Chadwick McNeal) and complainant conversation outside of the complainant's business located at 3708 3rd Street, Alexandria, Louisiana, where complainant tried to get informant to stop selling drugs. FBI Agent Ken Klocke testified to the existence of the tapes, both audio and video, yet continues to refuse complainant access to them. (2)Reports of interrogation of Lynetta Johnson by Agent Scholarman. (3)Reports of interrogation of Joyce Berry and Joyce Green. (4)Any and all other information, documents and/or otherwise of the exculpatory nature concerning complainant, operation Disturb the Peace. (5)Reports from the Attorney General's Office as to whether the federal government exercised exclusive legislative jurisdiction over property located at 3708 Third Street, Alexandria, Louisiana on or before May 31,

2001. 28 CFR Ch 1 § 0.56 Subpart K., Public Law 97-96, § 6, 95 Stat. 1210. (6)Reports from the FBI and Bureau of Prisons concerning Agent Brewer and Unknown White Female's interrogation of Complainant on 10-17-06 concerning the thief of complainant's book, "Tyrant Wanted" by Bureau of Prisons' employee FNU LaRocca. (7)Reports from the Attorney General's Office on the legal status of Title 21 USC § 841 and 846, Public Law 91-513, Section 801 and 802, whereas these "Provisions" under H.R. 18583 were never properly enacted into federal criminal law by the Congress.

Complainant has properly requested this information from the agents/agencies, properly appealed their denial of the information and now properly files this suit for said information.

## DAMAGE TO COMPLAINANT

The actual, physical, emotional, mental, business, reputational and family damages associated with being unlawfully kidnapped and falsely imprisoned.

## PRAYER FOR RELIEF

Complainant prays this Honorable Court issues orders to each agency to immediate disclose any and all materials in their posses0sion and/or possession of relative agency concerning complainant, operation Disturb the Peace, to produce Vaughn index. Complainant further prays for injunctive relief from Bureau of Prisons, its employee, agency(s) or otherwise to discontinue the thief of complainant's property and for the immediate return of complainant's property, book "Tyrant Wanted." Complainant request he be granted any and all relief to which he maybe entitled, including but not limited

to actual and punitive damages, legal cost and any other relief the court deems appropriate.


Graciously Submitted,

*[signature]*
Timothy Demitri Brown


CERTIFICATION

    I, Timothy Demitri Brown, hereby certify that all the above is true to the best of my knowledge. That I have mailed a true and complete copy of the foregoing to:

| | |
|---|---|
| U.S. Attorney's Office | U.S. Attorney General |
| 301 Fannin Street, #3201 | 950 Pennsylvania Ave. |
| Shreveport, La. 71101 | Washington, DC 20530 |
| Federal Bureau of Investigation | Bureau of Prisons |
| 2901 Leon C. Simon Blvd. | 4211 Cedar Springs |
| New Orleans, La. 70126 | Dallas, Texas 75219 |

    Service on the United States through the United States Attorney General's Office.

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

07-1931 RWR

## I (a) PLAINTIFFS

Timothy D. Brown

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __88888__
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro Se (PR)

## DEFENDANTS

FBI, ET AL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

# 10979-035

Case: 1:07-cv-01931
Assigned To : Roberts, Richard W.
Assign. Date : 10/25/2007
Description: FOIA/Privacy Act

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ■ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
■ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(5)

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 USC 552 - F.O.I.A.

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ _____   Check YES only if demanded in complaint   JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES ☒ NO   If yes, please complete related case form.

DATE 10.25.07   SIGNATURE OF ATTORNEY OF RECORD _NCD_

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.