UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

NOV - 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Timothy Demitri Brown,

    Plaintiff,

v.                                    Civil Action No.: 07 1931 RWR

Federal Bureau of Investigation, et al.,

    Defendants.

_____/

MOTION TO RESCIND ORDER GRANTING PAYMENT

SCHEDULE UNDER 28 U.S.C. § 1915(b)

Plaintiff respectfully request that the court rescind its order granting payment schedule for the cost of court. As to wit:

Plaintiff, a federal prisoner, has recently received some unexpected funds. Therefore, plaintiff will request the Bureau of Prisons send the court an U.S. Treasury check for the entire fee.

Plaintiff respectfully request that the court rescind its order, and allow plaintiff to pre-pay the courts' fee. Graciously Submitted,

Timothy Demitri Brown, Pro Se                10-31-07

#10979-035

P.O. Box 24550

Tucson, AZ 85734