UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY DEMITRI BROWN )<br>10979-035 Unit F-1 )<br>United States Penitentiary )<br>P.O. Box 24550 )<br>Tucson, AZ 85734 )<br>)<br>         Plaintiff, )<br>)<br>    v. )<br>)<br>FEDERAL BUREAU )<br>OF INVESTIGATION )<br>)<br>DEPARTMENT OF JUSTICE )<br>)<br>UNITED STATE'S )<br>ATTORNEY'S OFFICE )<br>)<br>UNITED STATES ATTORNEY )<br>GENERAL'S OFFICE )<br>)<br>BUREAU OF PRISONS )<br>)<br>        Defendants. )<br>_____) | Civil Action No. 07-1931 (RWR) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney John G. Interrante as counsel for defendant in the above-captioned case.

           ____/s/_____
           JOHN G. INTERRANTE
           PA Bar # 61373
           Assistant United States Attorney
           Civil Division
           555 4th Street, N.W.
           Washington, D.C. 20530
           (202) 514-7220
           (202) 514-8780 (fax)
           John.Interrante@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

TIMOTHY DEMITRI BROWN
10979-035 Unit F-1
United States Penitentiary
P.O. Box 24550
Tucson, AZ 85734

on this _____ day of November, 2007.

    \_\_\_\_/s/_____
JOHN G. INTERRANTE
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov