UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TIMOTHY DEMITRI BROWN,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **FEDERAL BUREAU** ) <br> **OF INVESTIGATION, <u>et al.</u>** ) <br> ) <br> **Defendants.** ) <br> ) | Civil Action No. 07-1931 (RWR) |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants respectfully request an extension of time of 30 days to, and including, December 30, 2007, in which to file an answer or otherwise respond to the complaint in this case, which arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. The United States Attorney for the District of Columbia received a copy of the complaint on October 31, 2007. Pursuant to 5 U.S.C. § 552(a)(4)(C), Defendants' response to a FOIA complaint is due within 30 days of service of the complaint, or by November 30, 2007. This is the first request for an enlargement of time in the case. Because Plaintiff is incarcerated and proceeding <u>pro se</u>, we have not endeavored to ascertain Plaintiff's position with respect to this motion.

Defendants request an enlargement of time because this case was assigned to the undersigned Assistant United States Attorney when he transferred to the Civil Division on November 5, 2007. Undersigned counsel has been assigned a number of other cases with pending matters, and will need additional time to review the case files, and to confer and consult with agency counsel, prior to responding to the complaint. In addition, the United States is generally entitled to 60 days to answer or respond to a civil complaint, pursuant to Fed. R. Civ. P. 12(a)(3)(A), and this complaint

nominally seeks relief under the Privacy Act, as well as FOIA.[1]

WHEREFORE, the defendants respectfully requests an enlargement of time of 30 days to file an answer or otherwise respond to the complaint.

                                  Respectfully submitted,

                                  /s/
                                JEFFREY A. TAYLOR, D.C. Bar # 498610
                                United States Attorney

                                  /s/
                                RUDOLPH CONTRERAS, D.C. Bar # 434122
                                Assistant United States Attorney

                                  /s/
                                JOHN G. INTERRANTE
                                PA Bar # 61373
                                Assistant United States Attorney
                                Civil Division
                                555 4th Street, N.W.
                                Washington, D.C. 20530
                                (202) 514-7220
                                (202) 514-8780 (fax)
                                John.Interrante@usdoj.gov

---

[1] The caption of the complaint describes the case as arising under FOIA and the Privacy Act, although it is not clear from the complaint what relief, if any, Plaintiff seeks under the Privacy Act.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

TIMOTHY DEMITRI BROWN
10979-035 Unit F-1
United States Penitentiary
P.O. Box 24550
Tucson, AZ 85734

on this 30th day of November, 2007.

             ____/s/_____
             JOHN G. INTERRANTE
             Assistant United States Attorney
             Civil Division
             555 4th Street, N.W.
             Washington, D.C. 20530
             (202) 514-7220
             (202) 514-8780 (fax)
             John.Interrante@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TIMOTHY DEMITRI BROWN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1931 (RWR) |
| ) | |
| **FEDERAL BUREAU** ) | |
| **OF INVESTIGATION, et al.** ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon Consideration of Defendants' Motion for Enlargement of Time to Answer or Otherwise Respond to Complaint, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Defendants shall file an answer or otherwise respond to the complaint by December 30, 2007.

It is **SO ORDERED** this _____ day of November, 2007.


                                                                                        _____
                                                                                        Richard W. Roberts
                                                                                        United States District Judge