UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TIMOTHY DEMITRI BROWN,** | ) <br> ) |
| **Plaintiff,** | ) <br> ) |
| v. | ) Civil Action No. 07-1931 (RWR) <br> ) |
| **FEDERAL BUREAU** <br> **OF INVESTIGATION, et al.** | ) <br> ) <br> ) |
| **Defendants.** | ) <br> ) |

### DEFENDANTS' SECOND MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendants, by and through undersigned counsel, respectfully request an extension of time of 45 days to, and including, February 13, 2008, in which to file an answer or otherwise respond to the complaint in this case, which arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.[1]   This is Defendants' second request for an enlargement of time in this case. Because Plaintiff is incarcerated and proceeding pro se, we have not endeavored to ascertain Plaintiff's position with respect to this motion, as LCvR 7(m) is inapplicable in this case. Defendants rely on the following points and authorities in support of this motion:

1.  The Complaint was filed on October 25, 2007 (Document 1), and served on the United States Attorney for the District of Columbia on October 31, 2007 (Document 8). Hence, Defendants answer or response to the Complaint was due on November 30, 2007. Defendants requested a 30-day enlargement of time in our First Motion for an Extension of Time to File an Answer, which was

---

[1] Defendants Federal Bureau of Investigation and Bureau of Prisons do not appear to have been served with a copy of the summons and complaint. By filing this motion, Defendants do not intend to waive our right to assert any defenses or claims including, but not limited to, insufficiency of service of process.

filed on November 30, 2007 (Document 7), and is still pending before the Court.

2. Defendants require an additional enlargement of time because the Complaint did not refer to specific FOIA requests, either by dates or the request numbers assigned by the Federal Bureau of Investigation ("FBI") and Bureau of Prisons ("BOP"). Rather, in a section of the Complaint entitled "Facts," Plaintiff merely alleged that he requested seven items of information from Defendants. Defendant FBI has reviewed its files and identified at least five separate FOIA requests submitted by Plaintiff to the FBI Headquarters and its New Orleans Field Office. More specifically, the Complaint appears to challenge the FBI's response to Plaintiff's requests dated November 9, 2006 (identifiable as FBI Request No. 1070533); August 21, 2007 (identifiable as FBI Request Nos. 1091943, 1092350 and 1092351); and October 31, 2007 (request pending). Defendant BOP has also reviewed its files and identified a FOIA request by Plaintiff dated January 31, 2007 (identifiable as No. 2007-02218).

3. Because the Complaint did not specify the particular FOIA responses challenged by Plaintiff, Defendants require additional time to answer or respond to the Complaint. Plaintiff's FOIA requests are in different stages of administrative review and Plaintiff does not appear to have exhausted his administrative remedies as to at least some of the requests. Accordingly, while Defendants anticipate filing a motion to dismiss or, in the alternative, for summary judgment, we have been unable to prepare the required declarations and draft the motion because of the vagueness of the Complaint.

WHEREFORE, Defendants respectfully request an enlargement of time of 45 days to file an answer or otherwise respond to the complaint.

                        Respectfully submitted,

                        /s/
                      JEFFREY A. TAYLOR, D.C. Bar # 498610
                      United States Attorney


                        /s/
                      RUDOLPH CONTRERAS, D.C. Bar # 434122
                      Assistant United States Attorney


                        /s/
                      JOHN G. INTERRANTE
                      PA Bar # 61373
                      Assistant United States Attorney
                      Civil Division, Room E-4806
                      555 4th Street, N.W.
                      Washington, D.C. 20530
                      (202) 514-7220
                      (202) 514-8780 (fax)
                      John.Interrante@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 28th day of December, 2007, a copy of the foregoing was served by First-Class mail, postage prepaid to:

> TIMOTHY DEMITRI BROWN
> 10979-035 Unit F-1
> United States Penitentiary
> P.O. Box 24550
> Tucson, AZ 85734

_____/s/_____
JOHN G. INTERRANTE
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TIMOTHY DEMITRI BROWN,**  )<br>)<br>**Plaintiff,**  )<br>)<br>v.  )<br>)<br>**FEDERAL BUREAU**  )<br>**OF INVESTIGATION, <u>et al.</u>**  )<br>)<br>**Defendants.**  )<br>) | Civil Action No. 07-1931 (RWR) |

## ORDER

Upon Consideration of Defendants' Second Motion for Enlargement of Time to Answer or Otherwise Respond to Complaint, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Defendants shall file an answer or otherwise respond to the complaint by February 13, 2008.

It is **SO ORDERED** this _____ day of _____, 2007.

_____
Richard W. Roberts
United States District Judge