UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| **TIMOTHY DEMITRI BROWN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 07-1931 (RWR) |
| ) | |
| **FEDERAL BUREAU** ) | |
| **OF INVESTIGATION, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**DEFENDANTS' THIRD MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants, by and through undersigned counsel, respectfully request an extension of time of 30 days to, and including, March 14, 2008, in which to file an answer or otherwise respond to the complaint in this case, which arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.[1]  This is Defendants' second request for an enlargement of time in this case. Because Plaintiff is incarcerated and proceeding pro se, we have not endeavored to ascertain Plaintiff's position with respect to this motion, as LCvR 7(m) is inapplicable in this case. Defendants rely on the following points and authorities in support of this motion:

1. The Complaint was filed on October 25, 2007 (Document 1), and served on the United States Attorney for the District of Columbia on October 31, 2007 (Document 8). Hence, Defendants' answer or response to the Complaint was due on November 30, 2007. Defendants requested a 30-day enlargement of time in our First Motion for an Extension of Time to File an

---

[1] Defendants Federal Bureau of Investigation and Bureau of Prisons do not appear to have been served with a copy of the summons and complaint. By filing this motion, Defendants do not intend to waive our right to assert any defenses or claims including, but not limited to, insufficiency of service of process.

Answer, which was

filed on November 30, 2007 (Document 7), and is still pending before the Court.

    2.    Defendants required a second enlargement of time because the Complaint did not specify the particular FOIA responses challenged by Plaintiff, Defendants required additional time to answer or respond to the Complaint.  Plaintiff's FOIA requests are in different stages of administrative review and Plaintiff does not appear to have exhausted his administrative remedies as to at least some of the requests.  Accordingly, while Defendants anticipated filing a motion to dismiss or, in the alternative, for summary judgment, we have been unable to prepare the required declarations and draft the motion because of the vagueness of the Complaint.

    3.  The undersigned counsel is preparing a dispositive motion, but has not completed it in its final form.  Additional time is needed because the undersigned is waiting to receive the finalized declarations from Agency Counsel.  Accordingly, this request for a 30-day extension will enable the Agency to finalize the declaration.

    WHEREFORE, Defendants respectfully request an enlargement of time of 30 days to file an answer or otherwise respond to the complaint.

Respectfully submitted,

　　/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


　　/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


　　/s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division, Room E-4806
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 13th day of February , 2008, a copy of the foregoing was served by First-Class mail, postage prepaid to:

TIMOTHY DEMITRI BROWN
10979-035 Unit F-1
United States Penitentiary
P.O. Box 24550
Tucson, AZ 85734

_____/s/_____
JOHN G. INTERRANTE
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TIMOTHY DEMITRI BROWN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 07-1931 (RWR) |
| ) | |
| **FEDERAL BUREAU** ) | |
| **OF INVESTIGATION, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

Upon Consideration of Defendants' Third Motion for Enlargement of Time to Answer or Otherwise Respond to Complaint, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Defendants shall file an answer or otherwise respond to the complaint by March 14, 2008.

It is **SO ORDERED** this _____ day of _____, 2007.


_____
Richard W. Roberts
United States District Judge

Copies to:

John G. Interrante
Assistant United States Attorney
Civil Division, Room E-4806
555 4th Street, N.W.
Washington, D.C. 20530

Timothy Demitri Brown
10979-035 Unit F-1
United States Penitentiary
P.O. Box 24550
Tucson, AZ 85734