UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TIMOTHY DEMITRI BROWN,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**FEDERAL BUREAU** )<br>**OF INVESTIGATION, <u>et al.</u>** )<br>)<br>**Defendants.** )<br>) | Civil Action No. 07-1931 (RWR) |

**DEFENDANTS' THIRD MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants, by and through undersigned counsel, respectfully request an extension of time of 30 days from February 13, 2008 to, and including, March 14, 2008, in which to file an answer or otherwise respond to the complaint in this case, which arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended. This is Defendants' third request for an enlargement of time in this case, and is being re-submitted pursuant to the Court's Minute Order of March 3, 2008. Because Plaintiff is incarcerated and proceeding <u>pro se</u>, we have not endeavored to ascertain Plaintiff's position with respect to this motion, as LCvR 7(m) is inapplicable in this case. Defendants rely on the following points and authorities in support of this motion:

    1. Defendants initially requested an enlargement of time because plaintiff's complaint did not refer to specific FOIA requests, either by dates or the request numbers assigned to them. This made it very difficult for the defendants to determine which requests were made to which defendants. The defendants contemplated filing a motion for a more definite statement, but the Federal Bureau of Investigation and Bureau of Prisons were able to identify a number of FOIA requests submitted by plaintiff, and began to compile the administrative records for those requests.

2. Undersigned counsel was in the process of conferring and consulting with the BOP and FBI counsel prior to the February 13, 2008 deadline, to determine how much additional time would be required to prepare the declarations required to support an appropriate motion for summary judgment. This process was ongoing when undersigned counsel became ill (flu) and was out of the office on sick leave beginning on February 12, 2008, and did not return until February 19, 2008. While on leave, undersigned counsel requested that a motion for an extension of time be submitted on his behalf.

3. In the interim, Defendants Federal Bureau of Investigation and Bureau of Prisons have prepared declarations in support of a motion for summary judgment, which we intend to file within the period of the requested extension.

WHEREFORE, Defendants respectfully request an extension of time of 30 days to file an answer or otherwise respond to the complaint.

Respectfully submitted,

  /s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


  /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


  /s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division, Room E-4806
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 10th day of March, 2008, a copy of the foregoing was served by First-Class mail, postage prepaid to:

TIMOTHY DEMITRI BROWN
10979-035 Unit F-1
United States Penitentiary
P.O. Box 24550
Tucson, AZ 85734

_____/s/_____
JOHN G. INTERRANTE
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TIMOTHY DEMITRI BROWN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1931 (RWR) |
| ) | |
| **FEDERAL BUREAU** ) | |
| **OF INVESTIGATION, <u>et al.</u>** ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon Consideration of Defendants' Third Motion for Enlargement of Time to Answer or Otherwise Respond to Complaint, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Defendants shall file an answer or otherwise respond to the complaint by March 14, 2008.

It is **SO ORDERED** this _____ day of _____, 2008.


_____
Richard W. Roberts
United States District Judge