## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TIMOTHY DEMITRI BROWN,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**FEDERAL BUREAU** )<br>**OF INVESTIGATION, <u>et al.</u>** )<br>)<br>**Defendants.** )<br>) | Civil Action No. 07-1931 (RWR) |

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Defendants, by and through undersigned counsel, respectfully request an extension of time of 60 days to, and including, May 13, 2008, in which to file a motion to dismiss or, in the alternative, for summary judgment on behalf of the United States Department of Justice, and its components, Federal Bureau of Investigation, the United States Attorney General's Office, the United States Attorney's Office, and the Bureau of Prisons, in this case, which arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended. This is Defendants' fourth request for an enlargement of time to respond to the complaint in this case. Because Plaintiff is incarcerated and proceeding <u>pro se</u>, we have not endeavored to ascertain Plaintiff's position with respect to this motion, as LCvR 7(m) is inapplicable in this case. Defendants rely on the following points and authorities in support of this motion:

1. Defendants initially requested an enlargement of time because plaintiff's complaint did not refer to specific FOIA requests, either by dates or the request numbers assigned to them. This has made it difficult for Defendants to determine which requests were made to which components of the United States Department of Justice. Specifically, Plaintiff's Complaint alleges that he "has

requested any and all information, document and/or otherwise related, referring and/or otherwise [about] him that agencies have in their files" (Compl., "Facts"). Plaintiff's general allegation is followed by seven specific subjects about which he has submitted requests under FOIA, but he does list the date of any request or state whether he made the request on the Department or a component (see id.). Rather, plaintiff simply alleges that he "has properly requested this information from the agents/agencies, properly appealed their denial of information and now properly files this suit for said information" (id.). Because plaintiff's complaint fails to allege with any specificity which requests he claims were submitted to which components, and his requests date back to 2001, Defendants are reading his complaint broadly to challenge any FOIA requests submitted to the components prior to the filing of this lawsuit. The FBI has identified seven FOIA requests submitted by plaintiff, the Executive Office of United States Attorneys has identified seven FOIA requests directed to it, and Defendants have identified at least one FOIA request submitted by plaintiff to the Attorney General, the Department's Criminal Division, and the Bureau of Prisons. Some of these requests have been identified recently as Defendants have made a concerted effort to identify all of plaintiff's FOIA requests.

    2.   Defendants contemplated filing a partial motion for summary judgment on behalf of the FBI and BOP today, and an answer for the remaining components. Because Defendants have recently identified additional FOIA requests, we will need additional time to obtain the declarations relating to plaintiff's remaining FOIA requests. However, Defendants believe that we have now identified the universe of FOIA requests submitted by plaintiff prior to the filing of the complaint, and that it is in the interest of court efficiency not to file piecemeal dispositive motions.

    WHEREFORE, Defendants respectfully request an extension of time of 60 days to file a

motion to dismiss or, in the alternative, for summary judgment.

                                            Respectfully submitted,

                                            /s/
                                          JEFFREY A. TAYLOR, D.C. Bar # 498610
                                          United States Attorney

                                            /s/
                                          RUDOLPH CONTRERAS, D.C. Bar # 434122
                                          Assistant United States Attorney

                                            /s/
                                          JOHN G. INTERRANTE
                                          PA Bar # 61373
                                          Assistant United States Attorney
                                          Civil Division, Room E-4806
                                          555 4th Street, N.W.
                                          Washington, D.C. 20530
                                          (202) 514-7220
                                          (202) 514-8780 (fax)
                                          John.Interrante@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 14th day of March, 2008, a copy of the foregoing was served by First-Class mail, postage prepaid to:

>TIMOTHY DEMITRI BROWN
>10979-035 Unit F-1
>United States Penitentiary
>P.O. Box 24550
>Tucson, AZ 85734

          ____/s/_____
          JOHN G. INTERRANTE
          Assistant United States Attorney

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **TIMOTHY DEMITRI BROWN,** | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) |
| v. | )  Civil Action No. 07-1931 (RWR) |
|  | ) |
| **FEDERAL BUREAU** | ) |
| **OF INVESTIGATION, et al.** | ) |
|  | ) |
| **Defendants.** | ) |

**ORDER**

Upon Consideration of Defendants' Motion for Enlargement of Time to File Motion to Dismiss Or, in the Alternative, for Summary Judgment, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Defendants shall file an answer or otherwise respond to the complaint by May 13, 2008.

It is **SO ORDERED** this _____ day of _____, 2008.


                                                  Richard W. Roberts
                                                United States District Judge