UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Timothy Demitri Brown,

    Plaintiff,

v.                        Civil No. 07-1931(RWR)

FEDERAL BUREAU OF INVESTIGATION, et al.

    Defendants.

RECEIVED
MAR 2 _ 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S (FIFTH) MOTION FOR ENLARGEMENT OF TIME

Plaintiff, Pro Se, respectfully request this Honorable Court DENY Defendant's (Fifth) Motion for Enlargement of Time, whereas Defendants have failed to show good cause or excusable neglect for any of their motions for enlargement of time.

FACTS

Complaint was filed on October 11, 2007, served on the United States Attorney on October 31, 2007, as admitted in his "Motions for Enlargement of Time." As such, Defendants, as agencies of the United States, had 60 days to respond, or until December 31, 2007. On January 7, 2008 the Court granted the Defendants an entension of time of 30 days or until January 31, 2008 to answer. The Court again on February 5, 2008 granted the Defendants an extension of time to February 13, 2008. On March 3, 2008 the Court denied Defendant's third Motion for Enlargement of Time. Defendants have now filed a Fourth and Fifth Motion for enlargement of time.

ARGUMENT

  Defendants continue to abuse their position and the judicial system by providing the court with false information and inexcusably delaying the process. Defendants evidently feels that they do not have to obey the rules of law. Defendants have not, in any of their Motions, shown good cause for enlargement of time as required by the Rules of Civil Procedure. Defendants only argument is that it is the fault of the Plaintiff why they can not answer the complaint. Clearly this does not amount to good cause or excusable neglect. The delay by the Defendants continues to cause the Plaintiff the grave harm of being unlawfully incarcerated. As stated in the complaint, the information being withheld by the Defendants constitutes undeniable proof that the Plaintiff is innocent of the charges for which he is incarcerated.

  Wherefore, the Defendants have failed to show, or even mention, good cause or excusable neglect for enlargements, Plaintiff respectfully request this Court deny the Defendant's Motion for Enlargment of Time. Plaintiff futhermore request that the Defendants be adjudged in default and that the Court enter Judgment against the Defendants, for all relief requested in the complaint and any other relief this Court may deem appropriate, including but not limited to sanctions for every day the defendants withholds the information requested.

Graciously Submitted,

_____
Timothy Demitri Brown

Timothy Demitri Brown

U. S. P. Tucson #10979-035

P.O. Box 24550

Tucson, Arizona 85734

CERTIFICATE OF SERVICE

I, Timothy Demitri Brown, hereby certify that I mailed postage paid a true and correct copy of the foregoing Motion to Defendants, through counsel, John G. Interrante, 555 Fourth Street, N.W., Washington, D.C. 20001 on this 20th day of March, 2008.

*[signature]*

Timothy Demitri Brown, Plaintiff