UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TIMOTHY DEMITRI BROWN, )
)
)
Plaintiff, )
)
v. ) Civil Action No. 07-1931 (RWR)
)
FEDERAL BUREAU )
OF INVESTIGATION, <u>et al.</u> )
)
Defendants. )
)

# PLEASE SEE DOCKET # 15 FOR DUPLICATE IMAGE