UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TIMOTHY DEMITRI BROWN,** )<br>)<br>**Plaintiff** )<br>v. )<br>)<br>**FEDERAL BUREAU** )<br>**OF INVESTIGATION, et al.** )<br>)<br>**Defendant.** )<br>) | Case No: 07-1931 (RWR) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Cindy S. Owens, Special Assistant United States Attorney, and remove the appearance of John G. Interrante, Assistant United States Attorney, as counsel for Defendant.

Respectfully submitted,

/s/
Cindy S. Owens, D.C. BAR #491465
Special Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 616-2257
cindy.owens@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that the Defendant's NOTICE OF SUBSTITUTION OF COUNSEL has been serviced on May 7, 2008, by first class U.S. mail, postage pre-paid to:

TIMOTHY DEMITRI BROWN
10979-035 Unit F-1
United States Penitentiary
P.O. Box 24550
Tucson, AZ 85734

      \_\_\_\_\_/s/_____
CINDY S. OWENS, D.C. BAR #491465
Special Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 616-2257
cindy.owens@usdoj.gov