UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY DEMITRI BROWN )<br>)<br>Plaintiff, )<br>v. )<br>)<br>FEDERAL BUREAU )<br>OF INVESTIGATION, et al., )<br>)<br>Defendant. )<br>) | Case No: 07-1931 (RWR) |

**DEFENDANT'S MOTION FOR
AN EXTENSION OF TIME**

Defendants by and through undersigned counsel, respectfully request an extension of time of 60 days to, and including July 10, 2008, in which to file a motion to dismiss or, in the alternative, for summary judgment. The current deadline for Defendants to file this Motion is May 13, 2008.[1]

Defendant has good cause to seek a 60 day extension of time. The undersigned counsel was recently assigned this case because Assistant United States Attorney John Interrante, due to medical reasons, is on an extended leave of absence. The undersigned counsel was assigned a number of cases with pending deadlines. In this matter we will need additional time to review the case files and confer and consult with the counsel for the multiple components of the Department of Justice involved in this case prior to responding to the complaint and the plaintiff's motion for partial summary judgement. The undersigned has neither had the

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with incarcerated pro se parties. Consequently, Local Civl Rule 7(m) does not apply to this Motion.

opportunity to confer with agency counsel, nor completed the process of reviewing all the facts and legal issues involved in this case.

 For these reasons, the Court should grant an extension of time of 60 days to, and including July 10, 2008, for Defendants to file a motion to dismiss or, in the alternative, for summary judgment.

Dated: May 9, 2008.    Respectfully Submitted,

      /s/
      JEFFREY A. TAYLOR, D.C. BAR #498610
      United States Attorney

      /s/
      RUDOLPH CONTRERAS, D.C. BAR #434122
      Assistant United States Attorney

      /s/
      CINDY OWENS, D.C. BAR #491465
      Assistant United States Attorney
      555 Fourth Street, N.W.
      Washington, D.C. 20530
      (202) 616-2257
      cindy.owens@usdoj.gov

      Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that the DEFENDANT'S MOTION FOR AN EXTENSION OF TIME has been served on this May 9, 2008, by first class U.S. mail, postage pre-paid to:

TIMOTHY DEMITRI BROWN
10979-035 Unit F-1
United States Penitentiary
P.O. Box 24550
Tucson, AZ 85734

      /s/
CINDY OWENS, D.C. BAR #491465
Special Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 616-2257
cindy.owens@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
TIMOTHY DEMITRI BROWN,            )
                                  )
           Plaintiff              )
      v.                          )    Case No: 07-1931 (RWR)
                                  )
FEDERAL BUREAU                    )
OF INVESTIGATION, et al.          )
                                  )
           Defendant.             )
_____)

## **ORDER**

Upon consideration of Defendant's Motion for an Extension of Time, it is hereby ordered that the motion is granted. Defendant may file a Motion to Dismiss or, in the alternative, for Summary Judgement on or before July 10, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008