UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Timothy Demitri Brown

    v.                          CASE NO. 07-1931(RWR)

FEDERAL BUREAU OF INVESTIGATION, ET AL.

OBJECTIONS TO DEFENDANTS'

MOTION FOR EXTENSION OF TIME

    Plaintiff hereby comes and objects to the defendants' continuing requests for extension of time.

    Defendants have and continue to unlawful obstruct justice, whereas they are abusing the justice system and their position of authority, by delaying the process without cause.

RECEIVED
MAY 1 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Graciously,

*[signature]*

Timothy Demitri Brown

CERTIFICATE OF SERVICE

    I hereby certify that the foregoing has been mailed on May 13, 2008 to the NEW U.S. Attorney.

*[signature]*