UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY DEMITRI BROWN )<br>)<br>Plaintiff, )<br>v. )<br>)<br>FEDERAL BUREAU )<br>OF INVESTIGATION, et al., )<br>)<br>Defendant. )<br>) | Case No: 07-1931 (RWR) |

**DEFENDANT'S MOTION FOR
AN EXTENSION OF TIME**

Defendants by and through undersigned counsel, respectfully request an extension of time of five weeks to, and including, August 14, 2008, in which to file a motion to dismiss or, in the alternative, for summary judgment. The current deadline for Defendants to file this Motion is July 10, 2008.[1]

Defendants are aware that the Court advised that further requests for extensions of time will be disfavored (Minute Order, May 22, 2008), however, Defendants are compelled to request the additional five weeks due to the need to further coordinate the responses of the multiple Department of Justice Components involved in this matter.[2] As set forth in Plaintiff's Complaint (Dkt. 1), Plaintiff is seeking relief from four Department of Justice agency components 1)Federal Bureau of Investigation 2) U.S. Bureau of Prisons 3) U.S. Attorney's Office and 4) U.S. Attorney

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with incarcerated pro se parties. Consequently, Local Civl Rule 7(m) does not apply to this Motion.

[2] The undersigned has a family medical matter to tend to the week of August 4, 2008, and is therefore seeking the extension to, and including, August 14, 2008.

General's Office. The responses and briefings from the Federal Bureau of Investigation and the Bureau of Prisons are substantially complete, however, the undersigned needs the additional time to prepare the responses briefings from the remaining two components involved in the matter, the U.S. Attorney's Office and the U.S. Attorney General's Office. The additional time will allow the Defendants to prepare one comprehensive briefing as opposed to piecemeal briefings from the various components.

For these reasons, the Court should grant an extension of time of five weeks to, and including August 14, 2008, for Defendants to file a motion to dismiss or, in the alternative, for summary judgment.

Dated: July 8, 2008.                    Respectfully Submitted,


                                        _____/s/_____
                                        JEFFREY A. TAYLOR, D.C. BAR #498610
                                        United States Attorney


                                        _____/s/_____
                                        RUDOLPH CONTRERAS, D.C. BAR #434122
                                        Assistant United States Attorney


                                        _____/s/_____
                                        CINDY OWENS, D.C. BAR #491465
                                        Special Assistant United States Attorney
                                        555 Fourth Street, N.W.
                                        Washington, D.C. 20530
                                        (202) 616-2257
                                        cindy.owens@usdoj.gov

                                        Attorneys for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that the Defendant's Motion for an Extension of Time has been served on this July 8, 2008, by first class U.S. mail, postage pre-paid to:

TIMOTHY DEMITRI BROWN
10979-035 Unit F-1
United States Penitentiary
P.O. Box 24550
Tucson, AZ 85734


                                        /s/
                              CINDY OWENS, D.C. BAR #491465
                              Special Assistant United States Attorney
                              555 Fourth Street, N.W.
                              Washington, D.C.  20530
                              (202) 616-2257
                              cindy.owens@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY DEMITRI BROWN, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Case No: 07-1931 (RWR) |
| ) | |
| FEDERAL BUREAU ) | |
| OF INVESTIGATION, et al. ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Defendant's Motion for an Extension of Time, it is hereby ordered that the motion is granted. Defendant may file a Motion to Dismiss or, in the alternative, for Summary Judgement on or before August 14, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008