UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY DEMITRI BROWN, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>FEDERAL BUREAU )<br>OF INVESTIGATION, et al., )<br>)<br>Defendants. )<br>) | Case No: 07-1931 (RWR) |

**DEFENDANT'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS MOTION
FOR AN EXTENSION OF TIME**

Pursuant to this Court's Minute Order filed on July 28, 2008, Defendants by and through undersigned counsel, respectfully submit this supplemental memorandum in support of their Motion for an Extension of Time filed on July 8, 2008. This Court specifically asked that Defendants address the following two sentences set forth in the Minute Order, "Defendants offer no reason why they need additional time to respond. They offer no basis–and no assurance–for why this additional period sought will this time be the last extension needed."

Defendants are cognizant of the fact that this Court advised in its May 22, 2008 Minute Order that further requests for extensions of time will be disfavored (Minute Order, May 22, 2008), however, as discussed below, Defendants have good cause to seek the requested extension of time.

**Background of the Case**

Plaintiff is a convicted felon currently serving a life sentence in a United States Penitentiary in Tucson, Arizona. Plaintiff filed this action pursuant to the Freedom of

Information Act, 5 U.S.C. § 552, ("FOIA") against four components of the U.S. Department of Justice, 1) Federal Bureau of Investigation ("FBI") 2) Bureau of Prisons ("BOP") 3) Executive Office of the U.S. Attorneys ("EOUSA") and 4) U.S. Attorney General's Office.  As identified by the Defendants, and at issue in the case are seven FOIA requests sent to the FBI, one FOIA request sent to the BOP, one FOIA request sent to Office of Information and Privacy ("OIP"), one FOIA request sent to the U.S. Attorney General's Office (that was forwarded to OIP for processing because OIP handles initial FOIA requests for records in the Office of the Attorney General and other senior management offices within the U.S. Department of Justice), one FOIA request sent to the Criminal Division of the U.S. Department of Justice and potentially seven FOIA requests submitted to EOUSA.  Thus, there are a total of 6 agency components and approximately 18 FOIA requests at issue in this case although, as will be discussed in Defendants' dispositive motion there is an important issue whether Plaintiff exhausted his administrative remedies as to each of these FOIA requests.

**The Undersigned Counsel's Family Medical Matter**

As set forth in Defendant's Motion for an Extension of Time, the undersigned counsel has a Family Medical Matter the week of August 4, 2008 and will be out of the office on Monday, August 4, Wednesday, August 6, Thursday, August 7 and Friday, August 8 due to an immediate family member's scheduled surgery on August 6 which will prevent her from working on this case and the other cases that she is responsible for during most of the week of August 4. See Dkt. No. 20 at fn 2.  Additionally, the undersigned was assigned this case on May 2, 2008, because the Assistant U.S. Attorney originally assigned this matter had to take extended medical leave and has yet to return to work.  Additional time was needed for newly-assigned counsel to

get up to speed on what the undersigned's predecessor had done in this case and what additional work needed to be done in this case.

### The Progress Made by Defendants in Preparing Its Dispositive Motion

The undersigned has received draft declarations in support of a dispositive motion from FBI, BOP, OIP, and most recently from the EOUSA and the Criminal Division. Further, revisions need to be made to the draft EOUSA declaration and it is unclear whether additional work will be needed to finalize the declaration from the Criminal Division that was received today. Thus, the Defendants need the additional time to make sure that the declarations provide the Court with an accurate and complete accounting of all the FOIA requests, the searches for responsive records, and the information withheld from the responsive records located during these searches.

The undesigned is working diligently to file the dispositive motion by the requested August 14, 2008 deadline and will use her best efforts to avoid any further extension requests.

For these reasons, the Defendants respectfully request that the Court grant an extension of time of to, and including, August 14, 2008 for Defendants to file a motion to dismiss or, in the alternative, for summary judgment.

Dated: July 31, 2008.                               Respectfully submitted,

      /s/ Jeffrey Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

      /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

      /s/ Cindy Owens
CINDY S. OWENS, D.C. BAR # 491465
Special Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
202-616-2257/ FAX 202-514-8780

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that the Defendant's Motion for an Extension of Time has been served on this July 31, 2008, by first class U.S. mail, postage pre-paid to:

TIMOTHY DEMITRI BROWN
10979-035 Unit F-1
United States Penitentiary
P.O. Box 24550
Tucson, AZ 85734


      /s/   Cindy Owens
CINDY OWENS, D.C. BAR #491465
Special Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-2257
cindy.owens@usdoj.gov