August 5, 2008

Clerk of Court
District of Columbia

Washington, DC 20001

RE: 07-CV-01931 RWR
Brown vs. FBI., et Al.

RECEIVED
AUG 0 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Clerk:

I have not received any of the minute orders from the Court:
1) Minute order dated May 22, 2008
2) Minute order dated July 28, 2008

I noticed on the U.S. Attorney's latest motion that my address was incorrect. I don't know how that could have happened since I have not moved.

Please note my correct address:
Timothy Demitri Brown
U.S.P. Tucson
# 10979-035
P.O. Box 24550
Tucson, Az 85734

Graciously

Timothy Demitri Brown
T.I.O.T.E.