United States District Court
for the District of Columbia

RECEIVED
AUG 0 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Timothy Demitri Brown,
    Plaintiff,        Civil No. 07-cv-1931 RWR
vs.
Federal Bureau of Investigation, et. al.
    Defendants.

Plaintiff's Response to Defendant's
Supplemental Memorandum in Support of
Defendant's Motion for Extension of Time

    Plaintiff now respectfully files this response to Defendant's Supplemental Memorandum.
    Defendants continue to show that they have no respect for the Rules of Law.
    The defendants attempt to make the complaint complex is not convincing. There are only (7) seven items in the complaint. Plaintiff did not file suit concerning 18 FOIA request. Plaintiff only seeks (7) seven, the specific items in the complaint. For the defendants to address anything outside the complaint is irrelevant and a smoke scheme.
    Defendants are using their repeated motion for Extension of Time to deny Plaintiff's right to Discovery. The defendants have not even filed a simple general denial (one page).

Motions to Dismiss and for Summary Judgment can be filed after the Answer. As such there is no reason, valid or honorable, for such Motions at this time.

These tactics have been employed, recognized and wholly criticized by the former Attorney General, the Administrative division of the United States Courts and the American Bar Association. see "Unlawful Tactics Employed by United States Attorneys", 27 L.J. Stanford, 1031.

Defendants have had more than "270" days in which to file an Answer and have not requested any extension, nor shown good cause, "to Answer the complaint". All the defendant's motions for Extension have been to file Motions for Summary Judgment or to Dismiss which normally comes after the Answer.

Plaintiff respectfully request the Court put an end to this "Massacre" of the Rules of Law, by denying the Defendant's motion for Extension.

Plaintiff prays that the Court issue an order of Default and a Judgment by Default, whereas no Answer has been filed and no motion for Extension "to Answer" has been filed nor granted!

Graciously Submitted,

*/s/ Timothy Demitri Brown*

Timothy Demitri Brown,
    Plaintiff.

    T.I.O.T.E.

Certificate of Service

I hereby certify that a true and correct copy of the following has been mailed to the U.S. Attorney Office on this 5th day of August, 2008.

*Timothy D. Brown*
Timothy Demitri Brown, Plaintiff